United States Bankruptcy Court

Central District of California

In re:

2531 Heidi Ct. LLC

    Debtor

Case No. 26-10330-SC

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 2531 Heidi Ct. LLC, 120 Vantis Drive, Ste 300, Aliso Viejo, CA 92656-2677 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Langley | on behalf of Debtor 2531 Heidi Ct. LLC chris@slclawoffice.com  john@slclawoffice.com;langleycr75251@notify.bestcase.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3



FILED & ENTERED

FEB 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

|  |  |
|---|---|
| In re | Case No.  8:26-bk-10330-SC |
| 2531 HEIDI CT. LLC, | Chapter 11 |
| Debtor(s). | **ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT** |

Date:     April 1, 2026
Time:     1:30 p.m.
Location: Courtroom 5C - Virtual
411 West Fourth Street
Santa Ana, CA 92701

**TO:  DEBTOR AND ITS COUNSEL OF RECORD:**

In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 105(d) a status conference in this case will be held on **April 1, 2026** at  **1:30 p.m.** in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701, on the 5th Floor of 411 West Fourth Street, Santa Ana, CA 92701.

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the 20 largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee. Debtor shall file and serve a Status Report with the court and serve the U.S. Trustee and all official committees 14 days before every status conference hearing in this case.  The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents. Additionally, Debtor shall file a line item budget with the first status report which shall cover the first 60 days of the bankruptcy.  This budget shall include all income and expenses of the Debtor.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL, IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT, OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

**The status report shall include the following information or an explanation of why such information has not been included:**

(1)  Describe events that led up to and caused the filing of the Chapter 11 case.

(2)  Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3)  Describe the status of the Debtor's pre-petition and post-petition litigation.

(4)  State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550.  If so, describe them briefly and state whether complaints have been filed.  If complaints have not been filed, explain why not and estimate when they will be filed.

2

(5) Disclose whether counsel has been retained in this case.  If so, whether the court has approved the employment.  If the Debtor has not sought or obtained approval of counsel, explain why not.

(6) Disclose whether other professionals have been retained in this case.  If so, whether the court has approved the employment.  If the Debtor has not sought or obtained approval of professional employment, explain why not.

(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the United States Trustee.  If not, please explain.

(8) Whether case is a small business case under 11 U.S.C. § 101(51D).

(9) Whether case is a single asset real estate case under 11 U.S.C. § 101(51B).

(10) A proposed deadline for filing and serving a disclosure statement and plan of reorganization.  If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

(11) A proposed deadline for filing proofs of claims.

(12) A proposed deadline for filing of objections to claims.

(13) A proposed deadline for filing any avoidance actions.

**CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.**

### ###

Date: February 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge

3