UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                   CASE NO.: 26-10330
                                                            CHAPTER 11
**2531 Heidi Ct. LLC,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

   **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid & Crane LLP
Attorney for Secured Creditor
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/David Coats
   David Coats
   Email: dacoats@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on February 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

2531 HEIDI CT. LLC
120 VANTIS DRIVE, STE 300
ALISO VIEJO, CA 92656

And via electronic mail to:

SHIODA LANGLEY & CHANG LLP
1063 E. LAS TUNAS DR.
SAN GABRIEL, CA 91776

UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701

By: /s/ Angela Zuelke