PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.m.misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2531 Heidi Ct. LLC<br><br>Debtor. | Case Number 8:26-bk-10330-SC<br><br>Chapter 11<br><br>NOTICE OF NON-APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

The United States Trustee advises the Court that a committee under 11 U.S.C. § 1102 has not been appointed because of an insufficient number of unsecured creditors willing or able to serve on an unsecured creditors committee.  The United States Trustee reserves the right to appoint such a committee should interest develop among the creditors.

Dated: March 13, 2026                              UNITED STATES TRUSTEE

                                                                   By:    /s/Kenneth M. Misken
                                                                        Kenneth M. Misken
                                                                        Assistant United States Trustee